UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL LEDONNE, ET AL.,                 23-cv-1433 (JGK)

        Plaintiffs,                    ORDER

    - against -

MANHATTAN PLAZA, INC., ET AL.,

        Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a pre-motion conference in connection with the defendants' anticipated motion to dismiss on **Friday, July 28, 2023**, at **2:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:  New York, New York
       July 10, 2023

                                        John G. Koeltl
                                  United States District Judge